IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Conner, Marlene E | Case Number: 06 B 15899 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 03/24/09 | Filed: 12/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 28, 2009
Confirmed:  February 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,616.00 | |
| Secured: | | 3,703.04 |
| Unsecured: | | 4,896.83 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 700.57 |
| Other Funds: | | 315.56 |
| Totals: | 12,616.00 | 12,616.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Kenneth S Borcia & Associates | Administrative | 3,000.00 | 3,000.00 |
| 2. | Illinois Title Loans | Secured | 3,626.00 | 3,626.00 |
| 3. | Portfolio Recovery Associates | Secured | 77.04 | 77.04 |
| 4. | Premier Bankcard | Unsecured | 284.01 | 54.12 |
| 5. | Illinois Lending Corporation | Unsecured | 1,592.05 | 303.38 |
| 6. | Capital One | Unsecured | 2,872.66 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 254.83 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 304.78 | 58.09 |
| 9. | Premier Bankcard | Unsecured | 323.04 | 61.55 |
| 10. | Portfolio Recovery Associates | Unsecured | 758.84 | 130.05 |
| 11. | ECast Settlement Corp | Unsecured | 389.33 | 66.71 |
| 12. | Illinois Student Assistance Commission | Unsecured | 8,682.00 | 0.00 |
| 13. | Illinois Student Assistance Commission | Unsecured | 4,231.25 | 0.00 |
| 14. | Illinois Student Assistance Commission | Unsecured | 19,733.63 | 3,760.48 |
| 15. | ECast Settlement Corp | Unsecured | 585.07 | 100.27 |
| 16. | AmeriCash Loans, LLC | Unsecured | 816.05 | 155.51 |
| 17. | Illinois Lending Corporation | Unsecured | 472.00 | 89.92 |
| 18. | RoundUp Funding LLC | Unsecured | 330.43 | 0.00 |
| 19. | Wachovia Bank | Unsecured | 3,599.00 | 0.00 |
| 20. | Illinois Student Assistance Commission | Unsecured | 5,560.22 | 0.00 |
| 21. | America's Financial Choice Inc | Unsecured | 681.25 | 116.75 |
| 22. | Wachovia Bank | Unsecured | 2,877.65 | 0.00 |
| 23. | Charter One Bank | Unsecured | | No Claim Filed |
| 24. | Nelnet | Unsecured | | No Claim Filed |
| 25. | Harris & Harris | Unsecured | | No Claim Filed |
| 26. | Illinois Dept Of Human Services | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Conner, Marlene E

Printed: 03/24/09

Case Number: 06 B 15899
Judge: Squires, John H
Filed: 12/4/06

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. One Iron Ventures | Unsecured | | No Claim Filed |
| 28. TRS Services | Unsecured | | No Claim Filed |
| | | $ 61,051.13 | $ 11,599.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 11.09 |
| 5.4% | 477.20 |
| 6.5% | 109.07 |
| 6.6% | 103.21 |
| | $ 700.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: